UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Dylan Ezell Pearson  
    Joy Pearson  
          Debtor(s)

Case No. 15 B 09443

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 03/17/2015.

    2) The plan was confirmed on NA.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Dismissed on 08/12/2015.

    6) Number of months from filing to last payment: 2.

    7) Number of months case was pending: 7.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,460.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,460.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $58.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$58.40** |
| Attorney fees paid and disclosed by debtor: | $100.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Continental | Unsecured | 1,023.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Rec | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Rec | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| Ars Inc | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| BMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 845.00 | NA | NA | 0.00 | 0.00 |
| CarFinance Capital | Secured | 11,000.00 | 11,413.53 | 11,413.53 | 541.89 | 0.00 |
| Chase | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| City of Calumet City | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Dept of Revenue | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 253.28 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Dept of Education | Unsecured | 5,673.00 | NA | NA | 0.00 | 0.00 |
| Directv | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| Dolton Public Library | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| Dynamic Recovery Solut | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ER Solutions/Convergent Outsourcing, IN | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| First Investors Servicing Corp | Secured | 17,452.00 | 17,477.00 | 17,477.00 | 859.71 | 0.00 |
| First Premier Bank | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection | Unsecured | 938.00 | NA | NA | 0.00 | 0.00 |
| Helvey & Associates | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| Il Dept of Employment Security | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Illiana Financial Credit Union | Unsecured | 943.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 8,438.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 2,200.00 | 2,810.17 | 2,810.17 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 596.46 | 596.46 | 0.00 | 0.00 |
| Illinois State Toll Highway | Unsecured | 285.20 | NA | NA | 0.00 | 0.00 |
| Ingalls Hospital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Hospital | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 352.56 | 352.56 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 24,000.00 | 18,646.67 | 18,646.67 | 0.00 | 0.00 |
| Ivanhoe Dental | Unsecured | 78.16 | NA | NA | 0.00 | 0.00 |
| K-Mart | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Lynita Perry | Priority | 11,347.00 | 11,712.07 | 11,712.07 | 0.00 | 0.00 |
| Nation Credit Lenders | Unsecured | 964.72 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 862.14 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| Ridge Ortho Rehab. | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Standard Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 605.08 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Trust Receivable Service | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| University of Phoenix | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 728.99 | NA | NA | 0.00 | 0.00 |
| Village of Lynwood | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |
| Vision Fin | Unsecured | 5,482.00 | NA | NA | 0.00 | 0.00 |
| WebBank | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| Wide Open West | Unsecured | 2,768.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $28,890.53 | $1,401.60 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$28,890.53** | **$1,401.60** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $11,712.07 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,162.73 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$14,874.80** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,243.13** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $58.40 |
| Disbursements to Creditors | $1,401.60 |
| **TOTAL DISBURSEMENTS:** | **$1,460.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/19/2015    By: /s/ Marilyn O. Marshall
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**